**John P. BAIRD; Marvin Woolard; Juan Alvidrez; Ruben R. Gonzales, Plaintiffs—Appellants,**

v.

**Stephen KESSLER; T. Goughnour; Ruth Melrose; Bill Dieball; Edward Alameda; Dave Tristan; Steven J. Cambra, Jr., Warden; Cal Terhune; Steve Dizmon, Defendants—Appellees.**

No. 01–17434.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 5, 2003.

Decided Nov. 17, 2003.

Joel H. Levinson, Esq., California Correctional Peace Officers Association, West Sacramento, CA, for Plaintiffs–Appellants.

Edmund H. Brehl, Esq., Department of Personnel Administration, Sacramento, CA, for Defendants–Appellees.

Before: THOMPSON, TROTT, Circuit Judges, and WEINER,* Senior District Judge.

## MEMORANDUM **

For the reasons given by the district court in its order dated November 6, 2001, and filed on November 7, 2001, the judgment of the district court is

AFFIRMED.

---

* Hon. Charles R. Weiner, Senior District Judge for Eastern Pennsylvania sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

